IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HAROL EDWIN CRUZ SUAREZ,

Defendant.

**WITNESS LIST**

Case No.   8:26MJ114
Deputy:    Sara Pankoke
Reporter:  Digital Recorder
Date:      March 31, 2026

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Alejandro Guerrero | March 31, 2026 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |